UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES SCHALLER,

    Plaintiff,

v.                                        Case No: 2:11-cv-59-FtM-38DNF

YITZHAK WARGOCZ, FINETTE RUSSAK and NICOLE WEAVER,

    Defendants.
_____/

## ORDER

This matter comes before the Court on Plaintiff's Notice of Dismissal as to Defendant Yitzhak Wargocz (Doc. #130) filed on September 25, 2013. Pursuant to Federal Rule 41(a), Plaintiff voluntarily dismisses this action, without prejudice, as to his claims against Defendant Wargocz. The Court notes that this Defendant has not served an answer nor filed a motion for summary judgment in this matter.

Accordingly, it is now

**ORDERED:**

(1) This matter is **DISMISSED without prejudice** pursuant to Plaintiff's Notice of Dismissal as to Defendant Yitzhak (Doc. #130). The Clerk is directed to enter judgment accordingly and terminate Defendant Wargocz from this case.

(2) This case remains open as to Defendant Russak.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of September, 2013.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record