UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES SCHALLER,

    Plaintiff,

v.                                          Case No: 2:11-cv-59-FtM-38DNF

FINETTE RUSSAK,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Plaintiff's Motion for Dismissal of Defendant Russak With Prejudice and Entry of Partial Consent Judgment (Doc. #139) filed on October 11, 2013. The agreed Motion indicates Plaintiff and Defendant Finette Russak have settled this matter and stipulate to the dismissal of Defendant Russak with prejudice and request the entry of a partial consent judgment against Defendant Russak. The agreed request is due to be granted. As Defendant Russak is the only remaining Defendant to this action, the case will be closed.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff's Motion for Dismissal of Defendant Russak With Prejudice and Entry of Partial Consent Judgment (Doc. #139) is **GRANTED**. Plaintiff James

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Schaller's claims for damages against Defendant Finette Russak are hereby **dismissed WITH PREJUDICE** with each party to bear its own attorney's fees and costs. Defendant Finette Russak is hereby enjoined from making or publishing any oral or written statement, individually or through a third party, that would slander, libel, or disparage Plaintiff James Schaller, M.D., his family, or his personal, professional, business, or ethical reputation in any manner.

(2) The Clerk is **directed** to enter partial consent judgment accordingly, terminate all pending motions and deadlines, and **CLOSE** the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of October, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record